1
**Maria D. Melendez, (Admitted *Pro Hac Vice*)**
mmelendez@sidley.com
2
**SIDLEY AUSTIN LLP**
**787 Seventh Avenue**
3
**New York, NY 10019**
**Telephone:  (212) 839-5300**
4
**Facsimile:   (212) 839-5599**

5
**Catherine Valerio Barrad, SBN 168897**
cbarrad@sidley.com
6
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
7
**Los Angeles, California  90013**
**Telephone:  (213) 896-6000**
8
**Facsimile:   (213) 896-6600**

9
**Attorneys for Defendants**
**JSC VTB BANK**

10

11

12
## UNITED STATES DISTRICT COURT

13
## CENTRAL DISTRICT OF CALIFORNIA

14
ANZHEY BARANTSEVICH, an
individual
15
                 Plaintiff,
16
vs.
17
VTB BANK, a Russian corporation dba
18
VTB BANK ASSET MANAGEMENT
19
               Defendants.
20

| | |
|---|---|
| ) Case No. CV12-8993 MMM (AJWx) | |
| ) | |
| ) Assigned to: Judge Margaret M. | |
| ) Morrow | |
| ) | |
| ) **DECLARATION OF YURI A.** | |
| ) **SOLOVIEV** | |
| ) | |
| ) | |

21

22
## DECLARATION OF YURI A. SOLOVIEV

23
     I, Yuri A. Soloviev, hold the position of First Deputy President and Chairman

24
of VTB Bank Management Board with JSC VTB Bank ("VTB Bank").  I joined VTB

25
Bank in 2008 as Senior Vice President.  I am based in Moscow and perform my duties

26
at one of the principal places of business of VTB Bank, Moscow, Presneskaya nab.,

27
12.

28
     1.     I submit this declaration in support of the Motion to Dismiss For Lack of

Personal Jurisdiction, Insufficient Service of Process, and Failure to State a Claim.

2. VTB Bank is a Russian open joint stock company. It is incorporated and organized under the laws of Russia. To my knowledge, it does not conduct business in the United States.

3. VTB Bank is in the commercial banking industry. Its core business is lending and other banking services for corporate customers. VTB Bank is the ultimate parent company to approximately twenty banks and financial companies in over twenty countries around the world. The VTB group of companies conducts investment banking activities through CJSC VTB Capital Holding and its subsidiaries. The investment banking companies within the VTB group of companies began operating in 2008.

4. CJSC VTB Capital Holding is wholly-owned by VTB Bank. It holds the stock of its subsidiaries, including CJSC VTB Capital Asset Management ("VTB Capital AM"), a closed joint-stock company organized under the laws of Russia with its principal place of business in Moscow.

5. VTB Capital AM's core business is in the management of portfolios of venture capital funds. Prior to 2010, VTB Capital AM was known as "VTB Asset Management."

6. VTB Capital Inc. is indirectly owned by VTB Bank through CJSC VTB Capital Holding.

7. VTB Bank, VTB Capital AM, and VTB Capital Inc are each separate legal entities as each has its own:

    a. board of directors and officers;

    b. corporate books and records;

    c. business facilities and offices; and

    d. financial accounts.

8. To my knowledge, VTB Bank has not and currently does not conduct business in California and has never been registered to do business in the State of

California.  It does not:

       a.    have offices in the State of California;

       b.    have employees in the State of California;

       c.    own any real property in the State of California;

       d.    have any assets in the State of California;

       e.    solicit business in the State of California; or

       f.    pay taxes in the State of California

9.    VTB Bank is not involved in the day-to-day operations of its affiliates and subsidiaries, including VTB Capital AM and VTB Capital Inc.

10.    VTB Bank was not involved in the alleged loan made by VTB Capital AM to CJSC Beau Laboratories (Russia) or in the alleged decisions concerning the distribution of the funds associated with the loan.  VTB Bank is not and has not been involved in the operations of CJSC Beau Laboratories (Russia) or Beau Laboratories Los Angeles, Inc.

11.    To my knowledge, the individuals named in the Complaint that are alleged to be employees and/or representatives of VTB Bank are not the employees or representatives of VTB Bank.

12.    VTB Bank has not received service of process in this action from the Ministry of Justice of the Russian Federation  in accordance with the Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters (Hague conference on private international law, Hague, 15.XI.1965).

13.    VTB Bank does not maintain an office at VTB Capital Inc.'s location in New York or anywhere else in the United States.

14.    VTB Bank has not authorized VTB Capital Inc. to receive service of process on its behalf in connection with any matter including CJSC Beau Laboratories (Russia) and/or the Plaintiff.

15.    The Complaint alleges that VTB Bank has done business in the United States as "VTB Bank Asset Management".  This is incorrect.  VTB Bank does not

1  conduct business in the United States as "VTB Bank Asset Management" or

2  otherwise.  I am not aware of any VTB Bank affiliate or subsidiary known as "VTB

3  Bank Asset Management".  To my knowledge, such entity does not exist.

4

5       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws

6  of the United States that the foregoing is true and correct.

7

8       Executed this _29_ day of _december 2012_

9

10

11       [Yuri A. Soloviev]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28