UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:12–cv–08993–MMM–AJW         DATE:   3/6/2013
Title:   ANZHEY BARANTSEVICH V. VTB BANK

Present: The Honorable  Margaret M. Morrow ,  U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

On 2/25/13, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 3/4/13.

The court deems that response satisfactory, and orders the Order to Show Cause discharged.