JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANZHEY BARANTSEVICH, an individual, | CASE NO. CV 12-08993 MMM (AJWx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| VTB BANK, a Russian corporation, VTB CAPITAL AM formerly known as VTB BANK ASSET MANAGEMENT, a Russian corporation, VTB CAPITAL, a New York corporation, and BEAU CAMERON, an individual | |
| Defendants. | |

On June 3, 2013, the court granted defendants VTB Capital's and VTB Capital AM's motion to dismiss plaintiff Anzhey Barantsevich's first amended complaint. The court dismissed plaintiff's Racketeer Influenced and Corrupt Organizations Act ("RICO") claim without prejudice, and declined to exercise supplemental jurisdiction over plaintiff's state law claims for fraud; conspiracy to defraud; conversion; common law unfair business practices; intentional infliction of emotional distress; and breach of fiduciary duty. Although the court granted leave to amend the RICO claim, plaintiff elected not to amend, and instead to exercise his option to file his supplemental claims in state court. Accordingly,

1     IT IS ORDERED AND ADJUDGED that

2     1.    That plaintiff's RICO claim be, and it hereby is, dismissed with prejudice; and

3     2.    That plaintiff's state law claims be, and they hereby are, dismissed without prejudice.

DATED: June 21, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2